UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUINTIN J. BALLENTINE,

                           Plaintiff,

              -against-

FOOD AND DRUG ADMINISTRATION,

                           Defendant.

25-cv-3905 (PAC)

CIVIL JUDGMENT

For the reasons stated in the January 13, 2026, order, this action is dismissed for failure to state a claim and for lack of subject matter jurisdiction.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 2, 2026
          New York, New York

                    /s/ Paul A. Crotty
                    PAUL A. CROTTY
                    United States District Judge